**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE - REMOVAL

| | |
|---|---|
| United States of America, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | BEFORE: ELIZABETH COWAN WRIGHT<br>U.S. MAGISTRATE JUDGE |
| v. | Case No: 26-mj-764 (ECW) |
| Justice May Yang, | Date: October 8, 2026 |
| | Courthouse: St. Paul |
| | Courtroom: 3C |
| Defendant. | Time Commenced: 2:24 p.m./ 2:40 p.m. |
| | Time Concluded: 2:34 p.m./ 2:41 p.m. |
| | Time in Court: 11 Minutes |

## APPEARANCES:

Plaintiff: Nicholas Grey, Assistant U.S. Attorney
Defendant: Ambroise Decilap, Assistant Federal Defender
X FPD X To be appointed

X Advised of Rights

on X Supervised Release Violation
X Date charges or violation filed: September 28, 2026
X Current Offense: Failed to submit to drug testing; Failed to notify PO of address change; Failed to report to PO
X **Charges from other District:** South Dakota
X Title and Code of underlying offense from other District: 18:922(a)(6) / 18:751(a)
X Case no: 4:19cr40048 and 4:24cr40003

X Government moves for a detention hearing. X Granted.
X The Court finds detention hearing authorized, temporary detention ordered.

Next appearance date is Tuesday October 13, 2026, at 11:00 am before U.S. Magistrate Judge Elizabeth Cowan Wright in courtroom 3C (STP) for:
X Detention hrg X Preliminary hrg

X Removal hearing waived
X Removal Order to be issued

Additional Information:
X Oral Rule5(f) Brady notice read on the record.
X Consular notice read on the record.

s/gep
Signature of Courtroom Deputy